IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Case No. 2:18-cv-00008-BO

| | |
|---|---|
| ATLANTIC COAST PIPELINE, LLC,<br><br>                      *Plaintiff*,<br><br>v.<br><br>6.36 ACRES, MORE OR LESS, IN NORTHAMPTON COUNTY, NORTH CAROLINA *et al.*,<br><br>                      *Defendants*. | **NOTICE OF<br>VOLUNTARY DISMISSAL**<br><br>Fed. R. Civ. P. 41(a)(1)(A)(i)<br>and 71.1(i)(1)(A) |

Pursuant to Rules 41(a)(1)(A)(i) and 71.1(i)(1)(A) of the Federal Rules of Civil Procedure, plaintiff Atlantic Coast Pipeline, LLC ("Atlantic"), by and through the undersigned counsel, hereby voluntarily dismisses without prejudice its claims in this condemnation action as to the following:

1. Edith Ellis Spruill;

2. Alvin Coleman Blalock, III;

3. Anne Blalock Edmonds;

4. John Ellis Blalock; and

5. that certain tract of land composed of 392.03 acres, more or less, located in Northampton County, North Carolina and being more particularly described as Book 857, Page 565 of the public records of said County, and as further identified as Parcel Identification No. 4927-57-4529 (the "Property").

Atlantic has acquired the requested easements over the Property from the above-named defendants by agreement and has paid them just compensation. Thus, the above-named defendants and the Property no longer need to be parties to this condemnation action.

WHEREFORE, the above-named defendants and the Property may be dismissed without prejudice, and this action may be dismissed in its entirety.

This the 30th day of March, 2018.

/s/ Henry L. Kitchin, Jr.
Henry L. Kitchin, Jr.
N.C. State Bar No. 23226
MCGUIREWOODS LLP
Post Office Box 599 (28402)
Wilmington, North Carolina 28401
Telephone: (910) 254-3800
Facsimile: (910) 254-3900
Email: hkitchin@mcguirewoods.com

Sherrod Banks (NC Bar No. 15763)
Email: sbanks@bankslawfirm.com
Danielle Barbour Wilson (NC Bar No. 39516)
Email: dwilson@bankslawfirm.com
The Banks Law Firm, P.A.
P.O. Box 14350
Research Triangle Park, North Carolina 27709
Telephone: (919) 474-9137
Facsimile: (919) 474-9537

*Of Counsel:*

John D. Wilburn
Email: jwilburn@mcguirewoods.com
Richard D. Holzheimer, Jr.
Email: rholzheimer@mcguirewoods.com
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102
Telephone: (703) 712-5000
Facsimile: (703) 712-5050

*Counsel for Atlantic Coast Pipeline, LLC*

CERTIFICATE OF SERVICE

I, Henry L. Kitchin, Jr., of McGuireWoods LLP, certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and

That on this day, I served copies of the foregoing, either by U.S. Mail, postage-prepaid, or via the Court's Case Management / Electronic Case Filing ("CM/ECF") system, on the following:

Edith Ellis Spruill
PO Box 572
Warrenton, NC 27589

Alvin Coleman Blalock, III
PO Box 572
Warrenton, NC 27589

Anne Blalock Edmonds
PO Box 572
Warrenton, NC 27589

John Ellis Blalock
PO Box 572
Warrenton, NC 27589

I certify under penalty of perjury that the foregoing is true and correct.

This the 30th day of March, 2018.

/s/ Henry L. Kitchin, Jr.
Henry L. Kitchin, Jr.
N.C. State Bar No. 23226
*Counsel for Atlantic Coast Pipeline, LLC*